# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

No. 23-1922    **Short Title:** Clemente Properties Inc. et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Puerto Rico Convention Center District Authority _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)  [ ] intervenor(s)

_/s/ Víctor J. Quinones_    April 11, 2024
Signature                   Date

Víctor J. Quinones
Name

Sydney Denson LLC           (787) 318-9752
Firm Name (if applicable)   Telephone Number

P.O. Box 12197              _____
Address                     Fax Number

San Juan, P.R. 00914        vquinones@sydneydenson.com
City, State, Zip Code       Email (required)

Court of Appeals Bar Number: 89923

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).